:
v.          :        ORDER MODIFYING CONDITIONS
:        OF RELEASE
:
:        D.C. No. 11- *90 (JLL)*

MICHAEL ARATO

This matter having come before the Court on the application of defendant, Michael Arato, (by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States ( by Eric T. Kanefsky, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this *14th* day of *FEB*, 2011, HEREBY ORDERED that:

1.  That Diedre Arato be the third party custodian in this matter and that Theresa Picollo is relieved of her obligations as third party custodian.

2.  All other conditions of bail remain intact.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE