UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
v. : **[PROPOSED] AMENDED ORDER OF**
: **RESTITUTION**
:
MICHAEL ARATO : Cr. No. 11-090 (JLL)
AL RAIMI : Cr. No. 11-116 (JLL)

Defendant Michael Arato and defendant Al Raimi having been convicted of and sentenced in the above-captioned cases for violating Title 18, United States Code, Section 201 (Bribery of a Public Official) and Title 18, United States Code, Section 654 (Theft by a Government Officer), respectively, and the Court having ordered restitution as part of the Judgements of Conviction against both defendants; and following the entry of those Judgements, the Office of the Inspector General - Department of Homeland Security (OIG-DHS) having determined that it still had $250 in its possession that defendant Arato had stolen from certain of the victims, namely victim M.C. ($100), victim V.D. ($100) and victim E.K. ($50), and that had been obtained by OIG-DHS during the course of the investigation; and the government now seeking to return this money directly to these victims from whom it was stolen and to have the amounts to be returned to these victims by OIG-DHS deducted from the restitution amounts previously ordered for these victims; and the defense counsel for both defendants having consented to the restitution order being amended as follows;

IT IS on this 9th day of April, 2012,

ORDERED, that the previous restitution ordered in these cases be amended as follows:

| Name of Payee (victim): | Amount of Restitution |
|---|---|
| J.V. | $1,450 |
| D.B. | $1,000 |
| C.S. | $ 300 |
| A.A. | $6,000 |
| K.S. | $ 500 |
| V.J. | $ 500 |

| | |
|---|---|
| T.B. | $9,900 |
| M.R. | $3,000 |
| R.S. | $ 700 |
| M.C. | $ 300 |
| V.D. | $ 100 |
| E.K. | $ 50 |
| C.N. | $ 100 |

It is further ORDERED that the following money that is still in the possession of OIG-DHS be returned upon entry of this Order, as follows.

| Name of Payee (victim): | Amount to be Returned |
|---|---|
| M.C. | $ 100 |
| V.D. | $ 100 |
| E.K. | $ 50 |

It is further ORDERED that the amounts ordered represent the total amounts due to the victims for these losses. The amounts shall be payable without interest. A defendant's restitution obligation shall not be affected by any restitution payments made by the other defendant, except that no further payments shall be required after the sums of the amounts actually paid by all defendants have fully satisfied these losses.

_____
HONORABLE JOSE L. LINERAS
United States District Judge

2